UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 11-1479(DSD/AJB)

Steve Nguyen,

       Petitioner,

v.                                              **ORDER**

Scott Beniecke,
Field Director,

       Respondent.


    This matter is before the court upon the motion to dismiss by respondent.  Petitioner sought an order directing the Department of Homeland Security to release him from custody pending removal. Petitioner has been released from custody.  See Answer Ex. 1. Therefore, the court determines that this action is moot.  See Ali v. Cangemi, 419 F.3d 722, 724 (8th Cir. 2005).  Accordingly, based upon the file, records and proceedings herein, **IT IS HEREBY ORDERED** that this action is dismissed.

Dated:  July 14, 2011

                               s/David S. Doty
                               David S. Doty, Judge
                               United States District Court